UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

cc: USM; USPPO

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:23-cr-00197-SB-1 |
| Date | July 3, 2024 |
| Present: The Honorable | STANLEY BLUMENFELD, JR. |
| Interpreter | |

| Lynnie Fahey | Amy Diaz | Jeremy Keller Beecher / Danbee C. Kim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Juan Carlos Gutierrez | X | X | | Anne O'Toole | X | X | |
| | | | | Cuauhtemoc Ortega | X | X | |

____ Day COURT TRIAL        8th Day JURY TRIAL        ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   ____ Held & continued;   X Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

____ Witnesses called, sworn and testified.

____ Exhibits identified        ____ Exhibits admitted

____ Government rests.   ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made   ____ Court instructs jury   ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused   ____ Jury retires to deliberate   X Jury resumes deliberations

X Finding by Court as follows:

| Dft # | X found guilty on counts 1 | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

X Jury polled   ____ Polling waived

X Filed Witness & Exhibit lists   X Filed Jury notes   X Filed Jury Instructions   X Filed Jury Verdict

X Dft # X Referred to Probation Office for Investigation & Report and continued to 10/15/24 at 8:00 a.m. for sentencing.

____ Dft # ____ remanded to custody.   ____ Remand/Release# ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

____ Case continued to _____ for further trial/further jury deliberation.

____ Other:                                                                1 : 09

Initials of Deputy Clerk LFA

X USM  X USPPO

CR-78 (04/23)                    CRIMINAL MINUTES - TRIAL                    Page 1 of 1